In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,
      Debtors


    Travelers Casualty and Surety Company, Inc.;
    St. Paul Surplus Lines Insurance Company;
    Gulf Insurance Company,
                    Appellants